### THE MILL SUPPLY COMPANY v. A. C. HOUSE.

(Filed 3 March, 1926.)

APPEAL by defendant from *Calvert, J.,* at November Term, 1925, of HALIFAX.

*Whitehurst & Barden, and Ashby Dunn for plaintiff.*
*George C. Green for defendant.*

PER CURIAM. After inspection of the record we are of opinion that the case has been tried in substantial compliance with the law, and that the appeal presents no reversible error.

No error.